UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: WILCOX, RYAN KEITH  § Case No. 13-52117-pjs
§
§
Debtor(s)  §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 17, 2013. The undersigned trustee was appointed on June 17, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         2,240.00

    Funds were disbursed in the following amounts:
    Payments made under an
      interim distribution                                    0.00
    Administrative expenses                                  0.00
    Bank service fees                                       30.00
    Other payments to creditors                              0.00
    Non-estate funds paid to 3rd Parties                     0.00
    Exemptions paid to the debtor                            0.00
    Other payments to the debtor                             0.00

    Leaving a balance on hand of [1]    $         2,210.00

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/16/2013 and the deadline for filing governmental claims was 12/17/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $560.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $560.00, for a total compensation of $560.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $95.00, for total expenses of $95.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/18/2013   By: /s/Timothy J. Miller
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-52117-pjs  **Trustee:** (420470) Timothy J. Miller
**Case Name:** WILCOX, RYAN KEITH  **Filed (f) or Converted (c):** 06/17/13 (f)
 **§341(a) Meeting Date:** 07/31/13
**Period Ending:** 12/18/13  **Claims Bar Date:** 12/16/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on Hand | 30.00 | 0.00 | | 0.00 | FA |
| 2 | Checking & Savings Account | 5.00 | 0.00 | | 0.00 | FA |
| 3 | Laptop Computer, Broken | 10.00 | 0.00 | | 0.00 | FA |
| 4 | XBox 360 Game Console | 80.00 | 0.00 | | 0.00 | FA |
| 5 | DVDs | 20.00 | 0.00 | | 0.00 | FA |
| 6 | Xbox Games | 75.00 | 0.00 | | 0.00 | FA |
| 7 | Debtor's Wardrobe | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Children's Wardrobes | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Two-Tone 14k Gold Men's Band | 60.00 | 0.00 | | 0.00 | FA |
| 10 | Sterling Silver Cross Necklace | 5.00 | 0.00 | | 0.00 | FA |
| 11 | 2005 GT Mustang 5-Speed w/11,000 miles (See Footnote) | 8,500.00 | 2,240.00 | | 0.00 | FA |
| 12 | 2009 Mercury Mountaineer w/21,800 miles: Bare Le | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Dogs (2) | 10.00 | 0.00 | | 0.00 | FA |
| 14 | post-filing life insurance/inheritance (u) | 10,000.00 | 2,240.00 | | 2,240.00 | FA |
| 14 | **Assets Totals** (Excluding unknown values) | **$19,045.00** | **$4,480.00** | | **$2,240.00** | **$0.00** |

RE PROP# 11  cost of recovery exceeds value to estate

**Major Activities Affecting Case Closing:**

Claims have been reviewed. The case is ready to be closed.

**Initial Projected Date Of Final Report (TFR):** January 25, 2014  **Current Projected Date Of Final Report (TFR):** January 25, 2014

December 18, 2013 /s/ Timothy J. Miller
_____ _____
Date Timothy J. Miller

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 13-52117-pjs | **Trustee:** | Timothy J. Miller (420470) |
| **Case Name:** WILCOX, RYAN KEITH | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******9966 - Checking Account |
| **Taxpayer ID #:** **-***0689 | **Blanket Bond:** | $2,000,000.00 (per case limit) |
| **Period Ending:** 12/18/13 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/16/13 | {14} | Ryan Wilcox | non-exempt portion of whole life policy cash value - partial payment | 1229-000 | 1,000.00 | | 1,000.00 |
| 09/16/13 | {14} | Ryan Wilcox | non-exempt portion of whole life policy cash value - partial payment | 1229-000 | 1,000.00 | | 2,000.00 |
| 09/16/13 | {14} | Ryan Wilcox | non-exempt portion of whole life policy cash value - partial payment | 1229-000 | 240.00 | | 2,240.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,230.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,220.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,210.00 |
| | | | **ACCOUNT TOTALS** | | 2,240.00 | 30.00 | $2,210.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 2,240.00 | 30.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $2,240.00 | $30.00 | |

Net Receipts : 2,240.00
Net Estate : $2,240.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9966** | 2,240.00 | 30.00 | 2,210.00 |
| | $2,240.00 | $30.00 | $2,210.00 |

December 18, 2013 /s/ Timothy J. Miller
Date Timothy J. Miller

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**    **Claims Bar Date:** December 16, 2013

| Case Number: 13-52117-pjs | Page: 1 | Date: December 18, 2013 |
| Debtor Name: WILCOX, RYAN KEITH | | Time: 11:38:24 AM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Timothy J. Miller<br>64541 Van Dyke, Suite 101B<br>Washington Township, MI 48095 | Admin Ch. 7 | | $560.00 | $0.00 | 560.00 |
| 200 | Timothy J. Miller<br>64541 Van Dyke, Suite 101B<br>Washington Township, MI 48095 | Admin Ch. 7 | | $95.00 | $0.00 | 95.00 |
| 1<br>610 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $399.35 | $0.00 | 399.35 |
| 2<br>610 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $332.19 | $0.00 | 332.19 |
| 3<br>610 | eCAST Settlement Corporation assignee of<br>Chase<br>Bank USA NA<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $1,592.83 | $0.00 | 1,592.83 |
| 4<br>610 | Genisys Credit Union<br>2100 Executive Hills Blvd.<br>Auburn Hills, MI 48326 | Unsecured | | $273.64 | $0.00 | 273.64 |
| 5<br>610 | Sprint Nextel<br>Attn Bankruptcy Dept<br>PO Box 3326<br>Engelwood, CO 80155 | Unsecured | | $526.58 | $0.00 | 526.58 |
| 6<br>610 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | | $1,496.64 | $0.00 | 1,496.64 |
| 7<br>610 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | | $552.38 | $0.00 | 552.38 |
| 8<br>610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $1,803.43 | $0.00 | 1,803.43 |
| 9<br>610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $991.51 | $0.00 | 991.51 |
| 10<br>610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $637.93 | $0.00 | 637.93 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 16, 2013

**Case Number:** 13-52117-pjs  
**Debtor Name:** WILCOX, RYAN KEITH

Page: 2

**Date:** December 18, 2013  
**Time:** 11:38:24 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 11 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $1,131.05 | $0.00 | 1,131.05 |
| 12 610 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Unsecured | | $1,169.66 | $0.00 | 1,169.66 |
| 13 610 | LVNV Funding, LLC its successors and assigns as<br>assignee of FNBM, LLC<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $706.28 | $0.00 | 706.28 |
| 14 610 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | Unsecured | | $1,650.06 | $0.00 | 1,650.06 |
| **<< Totals >>** | | | | 13,918.53 | 0.00 | 13,918.53 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-52117-pjs
Case Name: WILCOX, RYAN KEITH
Trustee Name: Timothy J. Miller

**Balance on hand:** $ 2,210.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,210.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Timothy J. Miller | 560.00 | 0.00 | 560.00 |
| Trustee, Expenses - Timothy J. Miller | 95.00 | 0.00 | 95.00 |

Total to be paid for chapter 7 administration expenses: $ 655.00
Remaining balance: $ 1,555.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,555.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,555.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 13,263.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 399.35 | 0.00 | 46.83 |
| 2 | Quantum3 Group LLC as agent for | 332.19 | 0.00 | 38.95 |
| 3 | eCAST Settlement Corporation assignee of Chase | 1,592.83 | 0.00 | 186.74 |
| 4 | Genisys Credit Union | 273.64 | 0.00 | 32.08 |
| 5 | Sprint Nextel | 526.58 | 0.00 | 61.74 |
| 6 | Capital One, N.A. | 1,496.64 | 0.00 | 175.46 |
| 7 | Capital One, N.A. | 552.38 | 0.00 | 64.76 |
| 8 | Capital Recovery V, LLC | 1,803.43 | 0.00 | 211.43 |
| 9 | Capital Recovery V, LLC | 991.51 | 0.00 | 116.24 |
| 10 | Capital Recovery V, LLC | 637.93 | 0.00 | 74.79 |
| 11 | Capital Recovery V, LLC | 1,131.05 | 0.00 | 132.60 |
| 12 | Dell Financial Services, LLC | 1,169.66 | 0.00 | 137.13 |
| 13 | LVNV Funding, LLC its successors and assigns as | 706.28 | 0.00 | 82.80 |
| 14 | Portfolio Recovery Associates, LLC | 1,650.06 | 0.00 | 193.45 |

Total to be paid for timely general unsecured claims: $ 1,555.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**